GEORGE F. PERKINS et al., Respondents, *v.* ISAAC H. BLANCHARD COMPANY, Appellant.

*Perkins* v. *Blanchard Co.*, 104 App. Div. 630, affirmed.
(Argued May 21, 1906; decided June 5, 1906.)

APPEAL from a judgment, entered June 8, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs on the verdict, in an action to recover the value of certain paper belonging to the plaintiffs and alleged to have been converted by the defendant to its own use. •

*Henry Aplington* for appellant.

*Charles D. Ridgway* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.

---

EUPHEMIA H. OLCOTT, Appellant, *v.* SHEPPARD KNAPP AND COMPANY, Respondent.

*Olcott* v. *Knapp & Co.*, 96 App. Div. 281, affirmed.
(Argued May 22, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin the defendant from maintaining an awning and portico extending over the sidewalk in front of its premises.

*J. Hampden Dougherty* for appellant.

*Daniel Daly* and *Eugene F. Daly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur. CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.